456 A.2d 1098

Commonwealth v. Nyahay, Appellant.

Submitted May 19, 1982.

Kenneth W. Johnson, for appellant; George B. Kaufman, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The order is affirmed.

456 A.2d 1099

Commonwealth v. Rasbach, Appellant.

Argued April 12, 1982.

Howard T. Gilfillan, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment of sentence of October 9, 1979 is affirmed.